IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DARIAN TOWNES, | * |
| Plaintiff, | * |
| v. | Case No.  7:22-cv-10(WLS) |
| | * |
| HEATHER DAVIS, et al, | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 5, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 5th day of April, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk